### CLARKE agt. KENT

Thomas Clarke Merch$^t$ plaint. ag$^t$ William Kent Def$^{dt}$ in an action of defamation, that when s$^d$ Kent came to fetch two pipes of

wine hee bought of s^d Clarke, hee said hee would not bee cheated by him, and hath often said the wines hee bought of Clarke were abused, all which is untrue: . . . The Jury . . . found for the Defend^t costs of Court.